UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DAILEY, | No. 2:23-cv-1541-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| LT. C. RAMOS, | |
| Defendant, | |

Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 13, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filing objections has expired, and no party filed objections to the findings and recommendations.

Although it appears from the docket that Plaintiff's copy of the findings and recommendations were returned as undeliverable, Plaintiff was properly served. It is the Plaintiff's responsibility to always keep the Court apprised of Plaintiff's current address. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2023 (ECF No. 7) are ADOPTED IN FULL;
2. Plaintiff's Complaint (ECF No. 1) is DISMISSED without prejudice; and
3. This Clerk of Court is directed to close this case.

Date: January 5, 2024

Troy L. Nunley
United States District Judge